# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01047-RPM-MJW

UNITED STATES f/u/b/o TRAUTMAN AND SHREVE, INC., a Colorado Corporation; and TRAUTMAN AND SHREVE, INC.

      Plaintiffs,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation; and FEDERAL INSURANCE COMPANY, a New Jersey Corporation

      Defendants,

And

SKANSKA USA BUILDING, INC.

      Intervener.

## ORDER UNOPPOSED MOTION TO INTERVENE

This matter having come before the Court on Skanska USA Building, Inc.'s Unopposed Motion to Intervene, the Court being fully advised hereby **orders;**

1. The motion to intervene is hereby **granted;**

2. Intervener's adoption of the surety defendants' Motion to Dismiss is accepted as its responsive pleading in accordance with F.R.C.P. 24(c), and is deemed timely filed.

Dated this 2nd day of July, 2007.

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch
                    Unites States District Court Judge