IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01047-RPM-MJW

UNITED STATES f/u/b/o TRAUTMAN AND SHREVE, INC, et al.,

Plaintiff(s),

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, et al.,

Defendant(s).

MINUTE ORDER
DN 33

It is hereby ORDERED that Defendants' Motion to Correct/Modify the Scheduling Order (docket no. 33) is GRANTED finding good cause shown.  The deadline to complete discovery is extended to February 4, 2008.  The deadline to file dispositive motions is extended to March 4, 2008.  That paragraph 8 h (2) (second paragraph) in the Rule 16 Scheduling Order (docket no. 31) is amended by deleting Witness Skanska as a  30(b)(6) witness   The Rule 16 Scheduling Order is amended consistent with this minute order.

Date:  October 18, 2007