## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01047-RPM-MJW

UNITED STATES f/u/b/o TRAUTMAN AND SHREVE, INC., a Colorado Corporation; and TRAUTMAN AND SHREVE, INC.

 Plaintiffs,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation; and FEDERAL INSURANCE COMPANY, an Indiana Corporation

 Defendants,

And

SKANSKA USA BUILDING INC.

 Intervener.

---

## ~~PROPOSED~~ ORDER (Docket No. 46)

---

Upon consideration of the Joint Motion to Modify the Scheduling Order (docket no. 46), filed on October 24, 2007, it is hereby

ORDERED that the motion is GRANTED finding good cause shown, and the Scheduling Order is hereby amended as follows:

 1. Page 12, Item 3, the date for the parties to designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is changed from November 2, 2007 to November 16, 2007; and

DC1 30210638.1

2. Page 12, Item 4, the date for the parties to designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is changed from December 3, 2007 to December 17, 2007.

Date: October 25, 2007.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge