**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                November 19, 2007
Courtroom Deputy:    Bernique Abiakam
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 07-cv-01047-RPM-MJW

| | |
|---|---|
| UNITED STATES f/u/b/o TRAUTMAN AND SHREVE, INC., a Colorado corporation, and TRAUTMAN AND SHREVE, INC., | Herman M. Braude<br>Jeffrey C. Reubel |
| Plaintiff, | |
| v. | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation; and FEDERAL INSURANCE COMPANY, a New Jersey Corporation, | David A. Blake<br>Joseph J. Mellon |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Dismiss or Stay**

**2:28 p.m.       Court in session.**

Court calls case.  Appearances of counsel.

Court's preliminary remarks.

Preliminary discussion regarding issues in the case.

2:29 p.m.       Statement by Mr. Blake.  Questions by the Court.

2:35 p.m.       Statement by Mr. Braude.  Questions by the Court.

*07-cv-01047-RPM-MJW*
*Motions Hearing*
*November 19, 2007*

Argument heard on **Defendants' Motion To Dismiss, Or In The Alternative To Stay, This Action,(Filed 6/25/07 Doc. No. 11)**;  and **Defendants' Request To File A Supplemental Exhibit To Their Motion To Dismiss, Or In The Alternative To Stay, This Action (Filed 8/24/07; Doc. No. 37).**

2:37 p.m.     Argument by Mr. Blake.

2:58 p.m.     Argument by Mr. Braude.

3:13 p.m.     Further argument by Mr. Blake.

**ORDERED:     Defendants' Motion To Dismiss, Or In The Alternative To Stay, This Action, (Filed 6/25/07, Doc. No. 11)** is DENIED.

**ORDERED:     Defendants' Request To File A Supplemental Exhibit To Their Motion To Dismiss, Or In The Alternative To Stay, This Action, (Filed 8/24/07, Doc. No. 37)** is GRANTED.

Discussion regarding status of the case.

3:15 p.m.     Statement by Mr. Blake

3:18 p.m.     Statement by Mr. Braude.

3:21 p.m.     Further statement by Mr. Blake regarding current case schedule.

The Court advises counsel that the Order of Reference will be VACATED.  Counsel are also advised to file motions if there are any further concerns with the scheduling order.

**3:24 p.m.     Court in recess.**          Hearing concluded.   Total time: 26 min.