IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-01047-RPM-MJW

UNITED STATES f/u/b/o/ TRAUTMAN AND SHREVE, INC., a Colorado corporation,
and
TRAUTMAN AND SHREVE, INC.,

      Plaintiffs,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut
Corporation;
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation;
ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation; and
FEDERAL INSURANCE COMPANY, a New Jersey Corporation,

      Defendants.

---

## ORDER VACATING ORDER OF REFERENCE

---

      After hearing the statements of counsel at the motions hearing held on
November 19, 2007, it appears that further scheduling and case management of this
civil action should now be transferred from Magistrate Judge Watanabe to enable this
Court to coordinate with the management of other cases and the Court's trial schedule
and it is now

      ORDERED that the Order of Reference to Magistrate Judge Michael Watanabe
entered on May 22, 2007, is vacated.

      Dated: November 20th, 2007

                    BY THE COURT:

                    s/Richard P. Matsch
                    _____
                    Richard P. Matsch, Senior District Judge