IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01047-RPM-MJW

UNITED STATES f/u/b/o/ TRAUTMAN AND SHREVE, INC., a Colorado corporation,
and
TRAUTMAN AND SHREVE, INC.,

    Plaintiffs,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation;
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation;
ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation; and
FEDERAL INSURANCE COMPANY, a New Jersey Corporation,

    Defendants,

and

SKANSKA USA BUILIDNG INC.,

    Intervenor.

---

## ORDER MODIFYING SCHEDULING ORDER

---

Pursuant to the defendants' and intervener's motion to modify scheduling order, filed December 6, 2007, the plaintiff's partial opposition and the defendants' and intervener's reply, it is

ORDERED that the scheduling order is modified as follows:

    a.    extend the deadline for designating rebuttal experts from **December 17, 2007** to **January 17, 2008**;

    b.    extend the discovery cutoff date (including the date for the completion of depositions) from **February 4, 2008** to **April 15,**

**2008**; and

c.  extend the dispositive motion deadline from **March 4, 2008** to **May 15, 2008.**

Dated: December 21st, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge