IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01047-RPM and 08-cv-00016-RPM (Consolidated)

UNITED STATES f/u/b/o TRAUTMAN AND SHREVE, INC., a Colorado corporation,
TRAUTMAN AND SHREVE, INC. and
UNITED STATES f/u/b/o SIEMENS BUILDING TECHNOLOGIES, INC., a Delaware corporation,

      Plaintiffs,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation,
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation,
ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation,
FEDERAL INSURANCE COMPANY, a New Jersey Corporation,

      Defendants,

and

SKANSKA USA BUILDING INC.,

      Intervenor.

## ORDER OF CONSOLIDATION

On January 14, 2008, Use Plaintiff Siemens Building Technologies, Inc. in Civil Action No. 08-cv-00016-RPM filed a motion for consolidation of that action with Civil Action No. 07-cv-01047-RPM. On February 26, 2008, an Order to Show Cause issued directing the defendants in Civil Action 08-cv-00016-RPM and all parties in Civil Action 07-cv-01047-RPM to show cause on or before March 10, 2008, why the actions should not be consolidated pursuant to Fed.R.Civ.P. 42(a). The defendants in Civil Action 08-cv-00016-RPM filed their response on March 7, 2008, agreeing to the consolidation and the defendants' and intervenor in Civil Action 07-cv-01047-RPM also responded on March 7, 2008 that they do not oppose

consolidation. The Use Plaintiff Trautman and Shreve, Inc., a Colorado corporation and Trautman and Shreve, Inc. did not respond to the Order to Show Cause. The parties in Civil Action 08-cv-00016-RPM filed on March 24, 2008, a proposed scheduling order which does not conform with the scheduling order, as modified, in Civil Action 07-cv-01047-RPM, recognizing that their action being more recently filed required additional time for discovery.

The principal purpose of consolidation of these cases is for a consolidated trial and therefore the differences in the schedules for discovery and additional pleading in the two cases must be accommodated to enable proper trial preparation. While the proposed scheduling order is not an order of this Court, it will be accepted as the stipulation between Use Plaintiff Siemens Building Technologies, Inc. and the defendants to proceed in accordance with their agreement, with discovery to be completed by September 30, 2008. It is the Court's expectation that a pretrial conference in the consolidated cases will be convened shortly thereafter. It is therefore

ORDERED that the cases are consolidated for all purposes pursuant to Fed.R.Civ.P. 42(a) with the discovery necessary in 08-cv-00016-RPM to proceed in accordance with parties' agreement in the proposed scheduling order.

Dated: March 25th, 2008
.

    BY THE COURT:

    s/ Richard P. Matsch
    _____
    Richard P. Matsch, Senior District Judge