IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01047-RPM and 08-cv-00016-RPM (Consolidated)

UNITED STATES f/u/b/o TRAUTMAN AND SHREVE, INC., a Colorado corporation,
TRAUTMAN AND SHREVE, INC. and
UNITED STATES f/u/b/o SIEMENS BUILDING TECHNOLOGIES, INC., a Delaware corporation,

    Plaintiffs,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation,
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation,
ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation,
FEDERAL INSURANCE COMPANY, a New Jersey Corporation,

    Defendants,

and

SKANSKA USA BUILDING INC.,

    Intervenor.

---

## ORDER DENYING MOTION FOR RECONSIDERATION

---

On March 28, 2008, Trautman and Shreve filed a motion for reconsideration of this Court's order of March 26, 2008, for consolidation of these civil actions. Trautman and Shreve, Inc., filed no response to this Court's Order to Show Cause of February 26, 2008, requiring a response on or before March 10, 2008. Siemens Building Technologies, Inc., filed its response to the Trautman and Shreve motion on April 4, 2008, and the defendants filed their response on April 7, 2008. The prejudice alleged by Trautman and Shreve, Inc., is the assumption that its claims will be delayed for trial but the case has not been scheduled for trial and would not be tried before September 30, 2008. There is also a failure to recognize that

the scheduling order entered on August 2, 2007, as amended, was not further altered by this Court's Order of Consolidation which simply accepted a stipulation for discovery by the parties in previous Civil Action 08-cv-00016. Accordingly, it is

ORDERED that the Trautman and Shreve, Inc., motion for reconsideration is denied.

Dated: April 7th, 2008

.                                        BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge