IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01047-RPM and 08-cv-00016-RPM (Consolidated)

UNITED STATES f/u/b/o TRAUTMAN AND SHREVE, INC., a Colorado corporation,
TRAUTMAN AND SHREVE, INC. and
UNITED STATES f/u/b/o SIEMENS BUILDING TECHNOLOGIES, INC., a Delaware corporation,

    Plaintiffs,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation,
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation,
ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation,
FEDERAL INSURANCE COMPANY, a New Jersey Corporation,

    Defendants,

and

SKANSKA USA BUILDING INC.,

    Intervenor.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

    Pursuant to the Stipulation of Dismissal with Prejudice, filed May 27, 2008 [23], it is

    ORDERED that civil cases 07-cv-01047-RPM and 08-cv-00016-RPM are dismissed with prejudice with each party to pay its own costs and attorney fees.

    Dated: May 28th, 2008

.                                  BY THE COURT:

                                   s/Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge